IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TIFFANI BLASH, | * |
|         Plaintiff, | * |
| v. | Case No. 5:25-cv-00345-MTT |
| | * |
| STATE OF GEORGIA, | |
| | * |
|         Defendant. | |
| | * |

# J U D G M E N T

Pursuant to this Court's Order dated August 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Bibb County, Georgia.

This 21st day of August, 2025.

                                                           David W. Bunt, Clerk

                                                           s/ Raven K. Alston, Deputy Clerk